IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARROWOOD SURPLUS LINES INSURANCE COMPANY fka ROYAL SURPLUS LINES INSURANCE COMPANY,<br><br>            Plaintiff,<br>    v.<br><br>MT HAWLEY INSURANCE COMPANY, and DOES 1-100 inclusive,<br><br>            Defendant.<br>_____/ | No. C 12-03388 RS<br><br>**CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on October 15, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

   1.   ALTERNATIVE DISPUTE RESOLUTION.

   PRIVATE MEDIATION. The parties shall engage in private mediation within the next 120 days, if possible.

   2.   DISCOVERY.

   On or before April 10, 2013 all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of

1 requests for production of documents or for inspection per party; and (d) a reasonable number of
2 requests for admission per party.

3       3.      EXPERT WITNESSES.  The disclosure and discovery of expert witnesses and
4 opinions shall proceed as follows:

5       A.      On or before March 27, 2013, parties will designate experts in accordance with
6 Federal Rule of Civil Procedure 26(a)(2).

7       B.      On or before April 24, 2013, parties will designate their supplemental and rebuttal
8 experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

9       C.      On or before May 15, 2013, all discovery of expert witnesses pursuant to Federal
10 Rule of Civil Procedure 26(b)(4) shall be completed.

11       4.      PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to
12 Civil Local Rule 7.  All pretrial motions shall be heard no later than June 6, 2013.

13       6.      PRETRIAL CONFERENCE.  The final pretrial conference will be held on **June
14 27, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate
15 Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend
16 personally.

17       7.      TRIAL DATE.  A bench trial shall commence on **July 22, 2013 at 9:00 a.m.**, in
18 Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,
19 California.

20       IT IS SO ORDERED.

22 DATED:   10/15/12

23 _____
24       RICHARD SEEBORG
      United States District Judge

CASE MANAGEMENT SCHEDULING ORDER