**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE: 213-629-7705
FACSIMILE: 213-624-1376

David Tartaglio (State Bar No. 117232)
d.tartaglio@mpglaw.com
Juan A. Torres (State Bar No. 128181)
j.torres@mpglaw.com

Attorneys for Plaintiff ARROWOOD SURPLUS, LINES INSURANCE COMPANY fka ROYAL SURPLUS LINES INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ARROWOOD SURPLUS LINES INSURANCE COMPANY fka ROYAL SURPLUS LINES INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MT. HAWLEY INSURANCE COMPANY, and DOES 1 through 100 inclusive,<br><br>Defendants. | CASE No. C 12-03388 RS<br><br>**STIPULATION FOR FILING FIRST AMENDED COMPLAINT AND [PROPOSED] ORDER** |

The parties to this action hereby stipulate, through their counsel of record, that Plaintiff be granted leave to file its First Amended Complaint, a copy of which is attached hereto, without

820890.1

STIPULATION FOR FILING FIRST AMENDED COMPLAINT

1 | having to file a motion for such leave.

3 | Date: November 26, 2012     MUSICK, PEELER & GARRETT LLP

By: _____
Juan A. Torres
Attorneys for Plaintiff ARROWOOD SURPLUS,
LINES INSURANCE COMPANY fka ROYAL
SURPLUS LINES INSURANCE COMPANY

9 | Date: November 19, 2012     MORISON & PROUGH LLP

By: _____
Jon K. Adams
Attorneys for Defendant MT. HAWLEY
INSURANCE COMPANY

## ORDER

Plaintiff is hereby granted leave to file its First Amended Complaint. The Complaint shall be considered to have been filed and served on November 28, 2012. Defendant Mt. Hawley Insurance Company shall have 30 days from this date to file its response to the Complaint.

DATED: __11/28_____, 2012

_____
JUDGE OF THE UNITED STATES DISTRICT COURT