UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROWOOD SURPLUS LINES INSURANCE COMPANY fka ROYAL SURPLUS LINES INSURANCE COMPANY, a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MT. HAWLEY INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. C-12-03388 RS<br><br>(~~PROPOSE~~D) ORDER OF <u>DISMISSAL WITH PREJUDICE</u> |

　　　Based on the stipulation of the parties and for good cause appearing, this lawsuit is dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

Dated: ___4/17___, 2013

　　　　　　　　　　　　　　　　　　　　*/s/ Richard Seeborg*
　　　　　　　　　　　　　　　　　　　　Richard Seeborg
　　　　　　　　　　　　　　　　　　　　United States District Judge

151611

MORISON & PROUGH, LLP

~~[Proposed]~~ Order