UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROWOOD SURPLUS LINES INSURANCE COMPANY fka ROYAL SURPLUS LINES INSURANCE COMPANY, a Delaware Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>MT. HAWLEY INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. C-12-03388 RS<br><br>(~~PROPOS~~ED) ORDER OF <u>DISMISSAL WITH PREJUDICE</u> |

Based on the stipulation of the parties and for good cause appearing, this lawsuit is dismissed with prejudice, with each party bearing its own attorneys' fees and costs.

Dated: __4/17__, 2013

_____
Richard Seeborg
United States District Judge

151611

Morison & Prough, LLP

~~[Proposed]~~ Order